UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLAXOSMITHKLINE, PLC, et al.,<br><br>　　　　　Defendants. | Case No.21-cv-09390-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 8 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for March 8, 2022 at 2:00 P.M. before the Honorable JON S. TIGAR.  The Joint Case Management Conference Statement is due March 1, 2022 by 5:00 P.M.

Dated: December 7, 2021

　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　Acting Clerk of Court, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　510-637-3530