**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: ltfisher@bursor.com
         slitteral@bursor.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE SMITH and TAWNEYA HOUSER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE, PLC and GLAXOSMITHKLINE CONSUMER HEALTHCARE,<br><br>Defendants. | CASE NO. 4:21-cv-09390-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12<br><br>Judge:  Judge Jon S. Tigar<br>Action Filed:  December 3, 2021 |

Pursuant to the Parties' Stipulation, and good causing appearing, IT IS HEREBY ODERED THAT:

1. The Initial Case Management Conference shall be continued from March 8, 2022, to fourteen (14) days after the hearing on Defendants' anticipated motion to dismiss Plaintiffs' First Amended Class Action Complaint (ECF No. 25).

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 2, 2022

_____
JON. S. TIGAR
UNITED STATES DISTRICT JUDGE