1
2
3
4
5

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
         slitteral@bursor.com

6

*Attorneys for Plaintiffs*

7
8
9
10

Michael C. Minahan (SBN 311873)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570
Michael.Minahan@skadden.com

11

*Attorneys for Defendant GlaxoSmithKline*
*Consumer Healthcare*

12
13

[additional counsel listed on signature page]

14

## UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORINA

16

17
18

JASMINE SMITH and TAWNEYA HOUSER,
individually and on behalf of all others similarly
situated,

19

                    Plaintiffs,

20

          v.

21
22

GLAXOSMITHKLINE, PLC and
GLAXOSMITHKLINE CONSUMER
HEALTHCARE,

23

                    Defendants.

24
25
26
27
28

Case No.: 4:21-cv-09390-JST

**STIPULATION TO SUBSTITUTE
GLAXOSMITHKLINE
CONSUMER HEALTHCARE
HOLDINGS (US) LLC FOR AND IN
PLACE OF DEFENDANTS
GLAXOSMITHKLINE PLC AND
GLAXOSMITHKLINE CONSUMER
HEALTHCARE**

Judge:  Judge Jon S. Tigar
Action Filed:  December 3, 2021

STIPULATION TO SUBSTITUTE PARTIES
CASE NO. 4:21-CV-09390-JST

Pursuant to Federal Rule of Civil Procedure 25(c), Plaintiffs and Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, (collectively, the "Parties"),[1] by and through their respective attorneys, agree and stipulate to substituting GlaxoSmithKline Consumer Healthcare Holdings (US) LLC into the case as the Defendant in place of GlaxoSmithKline plc, which should be dismissed from the case and removed from the caption.  Further, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC is the proper legal entity and name of the defendant currently identified as GlaxoSmithKline Consumer Healthcare.  Consequently, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC should be inserted in place of GlaxoSmithKline Consumer Healthcare for all purposes in this action, including the Complaint.  In support of this joint motion, the Parties state the following:

1.      GlaxoSmithKline Consumer Healthcare Holdings (US) LLC is the legal entity responsible for defending against all claims and for all liabilities related to the Abreva® product at issue in this case.

2.      GlaxoSmithKline Consumer Healthcare, referred to in the Complaint, is not the proper legal name of GlaxoSmithKline Consumer Healthcare Holdings (US) LLC.

3.      GlaxoSmithKline plc is a publicly traded limited company organized under the laws of England, which is the ultimate parent of a percentage of GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, and is not a proper defendant in this case.

4.      GlaxoSmithKline plc is currently named as a defendant on all pleadings, motions and other filings in this case.

5.      The primary basis for deciding whether to substitute a party under Federal Rule of Civil Procedure 25(c) is whether the substitution would "facilitate the conduct of the litigation." *Andrew Smith Co. v. Paul's Pak, Inc.*, No. C-08-04802 RMW, 2009 WL 1423536, at *1 (N.D. Cal. May 20, 2009) (quoting *In re Bernal*, 207 F.3d 595, 598 (9th. Cir. 2000)); *see also Comm'ns Imp. Exp., S.A. v. Republic of Congo*, 118 F. Supp. 3d 220, 231 (D.D.C. 2015) (*quoting Citibank v. Grupo*

---

[1]  GlaxoSmithKline plc does not join in this stipulation because:  (1) it has not been properly served in this action; and (2) even if it had been properly served, personal jurisdiction would be lacking because it is a foreign holding company organized and existing under the laws of England that has no connection to or dealings with California.

1   *Cupney, Inc.*, 382 F.3d 29, 32 (1st Cir. 2004)); *Tesseron, Ltd. v. Oce N.V.*, 110 F. Supp. 3d 1255,

2   1257 (M.D. Fla. 2015) ("The purpose of Rule 25(c) is to ensure that after litigation commences, the

3   Court, at its discretion, can proceed in an efficient manner with the real parties in interest."); *see also*

4   *Luxliner P.L. Export Co. v. RDI/Luxliner, Inc*., 13 F.3d 69, 71 (3d Cir. 1993) (Rule 25 does not alter

5   the substantive rights of parties, but is designed to "facilitate the conduct of the case, and is within

6   the court's discretion.").

7           6.      The Parties have agreed that the substitution of GlaxoSmithKline Consumer

8   Healthcare Holdings (US) LLC for GlaxoSmithKline plc as the defendant in this case will facilitate

9   the conduct of the litigation and increase efficiency and economy by clarifying the proper defendant

10  and minimizing any confusion as to the proper defendant in this case.

11          WHEREFORE, pursuant to the foregoing, the Parties respectfully request that the Court So

12  Order this stipulation, providing that:

13          (1)     GlaxoSmithKline Consumer Healthcare Holdings (US) LLC be substituted in as

14  Defendant for and in place of GlaxoSmithKline plc and that GlaxoSmithKline plc be dismissed from

15  this case;

16          (2)     The reference to GSK Consumer Healthcare shall be dropped from the caption and

17  GlaxoSmithKline Consumer Healthcare Holdings (US) LLC shall be the sole defendant in the case;

18          (3)     For any pleadings, motions and other filings, discovery, and orders, filed, served, or

19  entered on or before the substitution of GlaxoSmithKline Consumer Healthcare Holdings (US) LLC,

20  GlaxoSmithKline Consumer Healthcare Holdings (US) LLC shall be considered the defendant as

21  though it had been so named at the time of the filing, service, or entry of such documents.  For all

22  pleadings, motions, filings, discovery, and orders filed, served, or entered after the substitution of

23  GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GlaxoSmithKline Consumer

24  Healthcare Holdings (US) LLC shall be the sole named defendant in the case; and

25          (4)     The Clerk is directed to change the docket and case caption to reflect

26  GlaxoSmithKline Consumer Healthcare Holdings (US) LLC as the sole defendant in the case and

27  remove references to GlaxoSmithKline plc and GlaxoSmithKline Consumer Healthcare.

28

1    Dated:  March 22, 2022            Respectfully submitted,

2                                           **BURSOR & FISHER, P.A**.

3

4                                           By:     */s/ L. Timothy Fisher*
                                                   L. Timothy Fisher

5

6                                           L. Timothy Fisher (State Bar No. 191626)
                                          Sean L. Litteral (State Bar No. 331985)

7                                           1990 North California Blvd., Suite 940
                                          Walnut Creek, CA 94596

8                                           Telephone: (925) 300-4455
                                          Facsimile: (925) 407-2700

9                                           E-mail: ltfisher@bursor.com
                                                  slitteral@bursor.com

10                                           *Attorneys for Plaintiffs*

11

12    Dated:  March 22, 2022            Respectfully submitted,

13                                           By:     */s/ Thomas E. Fox*
                                                 Thomas E. Fox

14

15                                           Michael C. Minahan (SBN 311873)
                                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

16                                           525 University Avenue, Suite 1400
                                          Palo Alto, CA 94301

17                                           Telephone:     (650) 470-4500
                                          Facsimile:     (650) 470-4570

18                                           Michael.Minahan@skadden.com

19                                           Jessica D. Miller (*Pro Hac Vice*)
                                          Jordan Schwartz (*Pro Hac Vice*)

20                                           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                          1440 New York Avenue N.W.

21                                           Washington, DC 20005
                                          Telephone:     (202) 371-7000

22                                           Facsimile:     (202) 661-8301
                                          Jessica.Miller@skadden.com

23                                           Jordan.Schwartz@skadden.com

24                                           Thomas E. Fox (*Pro Hac Vice*)
                                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

25                                           One Manhattan West
                                          New York, NY 10001

26                                           Telephone:     (212) 735-3000
                                          Facsimile:     (212) 735-2000

27                                           Thomas.Fox@skadden.com

28                                           *Attorneys for Defendant GlaxoSmithKline*
                                          *Consumer Healthcare*

1

**SIGNATURE ATTESTATION**

2          Pursuant to Civil L.R. 5-1(h)(3), the filer of this document attests that all signatories have

3    concurred in its filing.

4    Dated: March 22, 2022                         By: /s/ L. Timothy Fisher

5                                                             L. Timothy Fisher

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The Parties Stipulation is approved.  Accordingly:

(1)    GlaxoSmithKline Consumer Healthcare Holdings (US) LLC is be substituted in as Defendant for and in place of GlaxoSmithKline plc and that GlaxoSmithKline plc be dismissed from this case;

(2)    The reference to GSK Consumer Healthcare shall be dropped from the caption and GlaxoSmithKline Consumer Healthcare Holdings (US) LLC shall be the sole defendant in the case;

(3)    For any pleadings, motions and other filings, discovery, and orders, filed, served, or entered on or before the substitution of GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC shall be considered the defendant as though it had been so named at the time of the filing, service, or entry of such documents.  For all pleadings, motions, filings, discovery, and orders filed, served, or entered after the substitution of GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, GlaxoSmithKline Consumer Healthcare Holdings (US) LLC shall be the sole named defendant in the case; and

(4)    The Clerk is directed to change the docket and case caption to reflect GlaxoSmithKline Consumer Healthcare Holdings (US) LLC as the sole defendant in the case and remove references to GlaxoSmithKline plc and GlaxoSmithKline Consumer Healthcare.

**IT IS SO ORDERED.**

Dated:

_____
The Honorable Jon S. Tigar
United States District Judge