UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE SMITH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC,<br><br>　　　　Defendant. | Case No.  21-cv-09390-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 73 |

Pursuant to the Order Granting Motion to Dismiss signed November 3, 2023, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Friday, November 3, 2023

　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR